# UNITED STATES DEPARTMENT OF JUSTICE
## OFFICE OF THE UNITED STATES TRUSTEE
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:  FRIENDLY VILLAGE MHP, ASSOCIATES, L.P.,<br><br>Debtor(s). | Case No. 8:18-bk-13638-ES<br><br>CHAPTER 7<br>Trustee: Richard Marshack<br>Operating Report Number: 5<br>For the Month Ending: 2/28/19<br>District Office: Santa Ana |

## CHAPTER 7 TRUSTEE MONTHLY OPERATING REPORT
## PURSUANT TO 11 U.S.C. § 704(a)(8)

1.         Date of Order(s) to Operate                                        Duration

        11/26/18                                           Through 6/28/19

2.         Current Bond Amount:

        blanket bond - $15,700,000

3.         Nature of Business and reason for operation:

        Collecting rents from 182-unit, 18-acre, mobile home park in Long Beach

4.         Current efforts to market estate property subject to operation (if applicable):

        Trustee must continue operating the mobile home park pending a determination regarding whether the Property can be sold as a going-concern. The Trustee has already met with multiple potential buyers for the Property.

5.         Estimated length of operation:

        Through 6/28/19

6.         Do revenues exceed expenses during the reporting period *(including projected Chapter 7 administrative expenses?)*     YES  [x]    NO  [ ]

        If no, provide explanation as to why business/property is being operated:

7.  Is insurance adequate, current and cover the loss of all assets?  YES ☒  NO ☐  N/A ☐

| Type of Coverage | Carrier/Agent | Amount of Coverage | Policy Expiration Date | Amount and Date of Last Premium |
|---|---|---|---|---|
| Environmental | Aspen | $10,000,000 | 02/04/2024 | paid in full pre-petition |
| Comm Property | Axis | $50,000,000 | 06/30/2019 | paid in full pre-petition |
| | | | | |

8.  Other significant activities affecting operation:

9.  **Summary of Current Financial Conditions**

**Previous** cash balance on all accounts:  $286,368.17

**Current** cash balance on all accounts at end period:  $404,645.44

| Type of Account | Depository | Ending Balance | Monthly Disbursement |
|---|---|---|---|
| Checking 5961 | Texas Capital Bank | 38,989.07 | 35,063.01 |
| Operating 5979 | Texas Capital Bank | 344,904.20 | 85,684.80 |
| Rent Deposit 7740 | US Bank | 20,752.17 | 0.00 |
| | | | |
| | | | |

10.  **Receipts and Disbursements**

Total receipts during current period:  $239,025.08

Source of receipts:  Rents

11.    **Specific Disbursements Relating to Operation for Current Period:**

| Date | Check Number | Payee | Purpose | Amount |
|------|--------------|-------|---------|--------|
| see attached | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

12.    Are tax obligations current?   YES ☐   NO ☐

   If no, provide an explanation as to which tax obligations are not current and why.

   Unknown at this time

13.    Did the estate employ any employees during the reporting period? YES ☐ NO ☒
   *If yes, state the number of employees and specify whether the estate is current on payroll obligations.  If the estate is NOT current on its payroll obligations, provide an explanation.*

14.    Additional Information attached in support of report?   YES ☒   NO ☐

I,   Richard Marshack      , declare under penalty of perjury that I have fully read and understand the foregoing Chapter 7 Monthly Operating Report and that the information contained here is true and complete to the best of my knowledge.

DATED:   3/13/19

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: | **18-13638** | |
| Case Name: | **Friendly Village MHP Associates LP** | |
| Taxpayer ID No: | **\*\*-\*\*\*0971** | |
| For Period Ending: | **2/28/2019** | |

| | |
|---|---|
| Trustee Name: | **Richard A. Marshack (TR)** |
| Bank Name: | **Texas Capital Bank** |
| Account Number/CD#: | **\*\*\*\*\*\*5961 Checking Account** |
| Blanket bond (per case limit): | **5,000,000.00** |
| Separate bond (if applicable): | **0.00** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| | | | Balance Forward | | | | 74,052.08 |
| 02/01/2019 | 51003 | International Sureties, LTD 701 Poydras St, Suite 420 New Orleans,LA 70139 | Bond Premium | 2300-000 | | 63.01 | 73,989.07 |
| 02/23/2019 | 51004 | Force 10 Partners 20341 SW Birch Street, Suite 220 Newport Beach,CA 92660 | Per order 2/14/19 - flat fee to evaluate and prepare information and marketing materials | 3731-000 | | 35,000.00 | 38,989.07 |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 35,063.01 |
| **COLUMN TOTALS** | 543,992.35 | 505,003.28 |
| Less: Bank Transfer/CD's | 210,000.00 | 260,000.00 |
| **SUBTOTALS** | 333,992.35 | 245,003.28 |
| Less: Payments to Debtors | | 0.00 |
| **Net** | 333,992.35 | 245,003.28 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No:** 18-13638 | **Trustee Name:** | Richard A. Marshack (TR) |
| **Case Name:** Friendly Village MHP Associates LP | **Bank Name:** | Texas Capital Bank |
| | **Account Number/CD#:** | ******5979 Operating Account |
| **Taxpayer ID No:** **-***0971 | **Blanket bond (per case limit):** | 5,000,000.00 |
| **For Period Ending:** 2/28/2019 | **Separate bond (if applicable):** | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| | | | Balance Forward | | | | 22,855.22 |
| 02/01/2019 | 52081 | International Sureties, LTD 701 Poydras St, Suite 420 New Orleans,LA 70139 | Bond Premium | 2300-000 | | 19.46 | 22,855.22 |
| 02/01/2019 | 52082 | American Leak Detection 304 N Townsend #D Santa Ana,CA 92703 | Invoice 68677126; 11/14/18 Spa | 2690-000 | | 400.00 | 22,455.22 |
| 02/08/2019 | 52083 | City of Long Beach Business License PO Box 630 Long Beach,CA 90842-0001 | Business License Acct BU21410970 Account 15621410970554 Address 5450 Paramount Blvd | 2690-000 | | 407.09 | 22,048.13 |
| 02/08/2019 | 52084 | Pacific States Utility Company 3880 East Eagle Drive Anaheim,CA 92807 | Invoice 0119220 Services 1/18/19 | 2690-000 | | 1,008.00 | 21,040.13 |
| *02/08/2019 | 52085 | AT&T | Account #139906579 Internet service | 2690-003 | | 99.25 | 20,940.88 |
| *02/08/2019 | | AT&T | Account #139906579 Internet service | 2690-003 | | (99.25) | 21,040.13 |
| 02/08/2019 | 52086 | AT&T | Account #139906579 Internet service | 2690-000 | | 98.50 | 20,941.63 |
| 02/12/2019 | 52087 | Norwalk La Mirada Plumbing Heating Co., Inc. 11661 Firestone Blvd Norwalk,CA 90650 | Invoice 284825JUSTI 10/29/18 | 2690-000 | | 125.00 | 20,816.63 |
| 02/12/2019 | 52088 | Norwalk La Mirada Plumbing Heating Co., Inc. 11661 Firestone Blvd Norwalk,CA 90650 | Invoice 286629ISRAE 12/30/18 UNIT 123 | 2690-000 | | 545.68 | 20,270.95 |
| 02/12/2019 | 52089 | Norwalk La Mirada Plumbing Heating Co., Inc. 11661 Firestone Blvd Norwalk,CA 90650 | Invoice 287227KEVIN 2/4/19 UNIT 22 | 2690-000 | | 299.00 | 19,971.95 |
| 02/14/2019 | [12] | Friendly Village MHP Operating Account | Transfer from US Bank Rent Deposit Account 7740 | 1222-000 | 407,714.32 | | 427,686.27 |

Page Subtotals          407,714.32          2,902.73

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No:** 18-13638 | | **Trustee Name:** Richard A. Marshack (TR) |
| **Case Name:** Friendly Village MHP Associates LP | | **Bank Name:** Texas Capital Bank |
| | | **Account Number/CD#:** ******5979 Operating Account |
| **Taxpayer ID No:** **-***0971 | | **Blanket bond (per case limit):** 5,000,000.00 |
| **For Period Ending:** 2/28/2019 | | **Separate bond (if applicable):** 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 02/19/2019 | 52090 | Rosa Perez<br>5450 Paramount Blvd,<br>Space 52<br>Long Beach,CA 90805 | Space 52: Refund security deposit - per Refundable Security Deposit Agreement Operating order 2/1/19 | 2690-000 | | 1,386.00 | 426,300.27 |
| 02/19/2019 | 52091 | Linda E. Armas<br>5450 Paramount Blvd,<br>Space 95<br>Long Beach,CA 90805 | Space 95: Refund security deposit - per Refundable Security Deposit Agreement Operating order 2/1/19 | 2690-000 | | 1,431.00 | 424,869.27 |
| 02/19/2019 | 52092 | Benjamin Orellana<br>Ingrid F. Orellana<br>5450 Paramount Blvd,<br>Space 158<br>Long Beach,CA 90805 | Space 158: Refund security deposit - per Refundable Security Deposit Agreement Operating order 2/1/19 | 2690-000 | | 1,357.00 | 423,512.27 |
| 02/19/2019 | 52093 | Evangelina Rodriguez<br>Walter Camarillo Perez<br>5450 Paramount Blvd,<br>Space 161<br>Long Beach,CA 90805 | Space 161: Refund security deposit - per Refundable Security Deposit Agreement Operating order 2/1/19 | 2690-000 | | 1,350.00 | 422,162.27 |
| 02/19/2019 | 52094 | Brenda Armenta<br>Cristopher G. Morales<br>5450 Paramount Blvd,<br>Space 166<br>Long Beach,CA 90805 | Space 166: Refund security deposit - per Refundable Security Deposit Agreement Operating order 2/1/19 | 2690-000 | | 1,386.00 | 420,776.27 |
| 02/20/2019 | 52095 | Aptexx Inc<br>11121 Kingston Pike, Suite E<br>Knoxville,TN 37934 | Invoice 24637<br>Resident Anywhere services | 2690-000 | | 118.30 | 420,657.97 |
| 02/20/2019 | 52096 | Aptexx Inc<br>11121 Kingston Pike, Suite E<br>Knoxville,TN 37934 | Invoice 24701 - tenant NSF fees<br>Resident Anywhere services | 2690-000 | | 50.00 | 420,607.97 |
| 02/20/2019 | 52097 | City of Long Beach<br>Utility Customer Service<br>333 West Ocean Blvd<br>Long Beach,CA 90802-4664 | Account # 4436497548;<br>Water/Gas/Sewer<br>LP Friendly Village MHP Associates, 5400 Paramount Blvd<br>12/26/18 to 1/28/19 | 2690-000 | | 27,602.59 | 393,005.38 |
| 02/20/2019 | 52098 | Coric Carpet Inc.<br>960 N Tustin Ave, #B<br>Orange,CA 92867 | Invoice 2588<br>Office carpet | 2690-000 | | 1,360.00 | 391,645.38 |

Page Subtotals        0.00        36,040.89

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 18-13638 | | | | Trustee Name: | Richard A. Marshack (TR) |
| Case Name: | Friendly Village MHP Associates LP | | | | Bank Name: | Texas Capital Bank |
| | | | | | Account Number/CD#: | ******5979 Operating Account |
| Taxpayer ID No: | **-***0971 | | | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 2/28/2019 | | | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 02/20/2019 | 52099 | Southern California Edison PO Box 600 Rosemead,CA 91771-0001 | Customer Account #2-36-329-6179 Service Account 3-041-5747-61; 5400 N Paramount, LB 1/16/19 to 2/15/19 | 2690-000 | | 12,791.73 | 378,853.65 |
| 02/20/2019 | 52100 | LA Pool Guys PO Box 50224 Long Beach,CA 90815 | Invoice 1275 Pool service 2/1/19 | 2690-000 | | 450.00 | 378,403.65 |
| 02/20/2019 | 52101 | Northstar Environmental Remediation KRT Mgt/Northstar 26225 Enterprise Court Lake Forest ,CA 92630 | Invoice 5784; Project 201-069-02 | 2690-000 | | 8,653.96 | 369,749.69 |
| 02/20/2019 | 52102 | Northstar Environmental Remediation KRT Mgt/Northstar 26225 Enterprise Court Lake Forest ,CA 92630 | Invoice 5783; Project 201-069-01 | 2690-000 | | 2,384.55 | 367,365.14 |
| 02/20/2019 | 52103 | Perez Reconstruction Contractors 23839 Banning Boulevard Carson,CA 90745 | Invoice 18702 Septic pumping | 2690-000 | | 3,750.00 | 363,615.14 |
| 02/20/2019 | 52104 | ResMan, LLC PO Box 4687 Logan,UT 84323 | Invoice RINV-00054069 Monthly software service | 2690-000 | | 260.85 | 363,354.29 |
| 02/20/2019 | 52105 | Investors' Property Services 26020 Acero, Ste 200 Mission Viejo,CA 92691 | Invoice 5579 | 2690-000 | | 745.00 | 362,609.29 |
| 02/20/2019 | 52106 | Investors' Property Services 26020 Acero, Ste 200 Mission Viejo,CA 92691 | Reimburse petty cash Invoice 24099 | 2690-000 | | 433.37 | 362,175.92 |
| 02/20/2019 | 52107 | Investors' Property Services 26020 Acero, Ste 200 Mission Viejo,CA 92691 | Invoice 24100 | 2690-000 | | 1,364.59 | 360,811.33 |
| 02/20/2019 | 52108 | Investors' Property Services 26020 Acero, Ste 200 Mission Viejo,CA 92691 | Reimburse AT&T invoice for internet Acct 139905579 Invoice 241416 | 2690-000 | | 114.25 | 360,697.08 |
| 02/20/2019 | 52109 | Investors' Property Services 26020 Acero, Ste 200 Mission Viejo,CA 92691 | Invoice 241434 | 2690-000 | | 76.08 | 360,621.00 |

| | | | | Page Subtotals | 0.00 | 31,024.38 | |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 18-13638 | | Trustee Name: | Richard A. Marshack (TR) |
| Case Name: | Friendly Village MHP Associates LP | | Bank Name: | Texas Capital Bank |
| | | | Account Number/CD#: | ******5979 Operating Account |
| Taxpayer ID No: | **-***0971 | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 2/28/2019 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 02/20/2019 | 52110 | Investors' Property Services 26020 Acero, Ste 200 Mission Viejo,CA 92691 | Invoice 241451; Payroll 1/16-1/31/19 | 3992-470 | | 4,628.96 | 355,992.04 |
| 02/20/2019 | 52111 | Ortiz Tree Service, Inc. 7931 Halbrook Terrace Riverside,CA 92509 | Invoice 1-10-19 Remove and grind stumps | 2690-000 | | 1,400.00 | 354,592.04 |
| 02/20/2019 | 52112 | Norwalk La Mirada Plumbing Heating Co., Inc. 11661 Firestone Blvd Norwalk,CA 90650 | Invoice 287815BOB 2/18-19 | 2690-000 | | 3,928.00 | 350,664.04 |
| 02/20/2019 | 52113 | Ingrid Galvez 1475 W Palmyra, #12 Orange,CA 92868 | Reimburse payments for fire clean-up: A+ Portable Services - invoice 2838 for fence, 2/13/19; $473.20 JVC Services - invoice 1010 for clean-up 2/12/19; $300 | 2690-000 | | 773.20 | 349,890.84 |
| 02/20/2019 | 52114 | Heriberto Verdin Laura E Verdin 5450 Paramount Blvd, Space 104 Long Beach,CA 90805 | Space 104: Refund security deposit - per Refundable Security Deposit Agreement Operating order 2/1/19 | 2690-000 | | 1,431.00 | 348,459.84 |
| 02/20/2019 | 52115 | Josefina Eusebia Leal Angelica Leal 5450 Paramount Blvd, Space 174 Long Beach,CA 90805 | Space 174: Refund security deposit - per Refundable Security Deposit Agreement Operating order 2/1/19 | 2690-000 | | 1,431.13 | 347,028.71 |
| 02/20/2019 | 52116 | Jose Luis Valencia 5450 Paramount Blvd, Space 85 Long Beach,CA 90805 | Space 85: Refund security deposit - per Refundable Security Deposit Agreement Operating order 2/1/19 | 2690-000 | | 1,350.00 | 345,678.71 |
| 02/21/2019 | 52117 | ScanEx Imaging 28497 Highway 74, Ste B114 Lake Elsinore,CA 92532 | Invoice 75509; Scan and save debtor's books/records | 2690-000 | | 883.76 | 344,794.95 |
| *02/26/2019 | | AT&T | Stop Payment on Check 52037 | 2690-004 | | (109.25) | 344,904.20 |

Page Subtotals            0.00        15,716.80

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No:** 18-13638 | **Trustee Name:** | Richard A. Marshack (TR) |
| **Case Name:** Friendly Village MHP Associates LP | **Bank Name:** | Texas Capital Bank |
| | **Account Number/CD#:** | ******5979 Operating Account |
| **Taxpayer ID No:** **-***0971 | **Blanket bond (per case limit):** | 5,000,000.00 |
| **For Period Ending:** 2/28/2019 | **Separate bond (if applicable):** | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |

Page Subtotals

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 1,037,714.32 | 692,810.12 |
| Less: Bank Transfer/CD's | | 260,000.00 | 210,000.00 |
| SUBTOTALS | | 777,714.32 | 482,810.12 |
| Less: Payments to Debtors | | | 0.00 |
| Net | | 777,714.32 | 482,810.12 |

| | | TOTAL-ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENT | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| All Accounts Gross Receipts: | 1,111,706.67 | | | | |
| All Accounts Gross Disbursements: | 727,813.40 | ******5961 Checking Account | 333,992.35 | 245,003.28 | |
| All Accounts Net: | 383,893.27 | ******5979 Operating Account | 777,714.32 | 482,810.12 | |
| | | **NetTotals** | 1,111,706.67 | 727,813.40 | 383,893.27 |



**Business Statement**

Account Number:

●●●●●● 7740

Statement Period:

Feb 1, 2019

through

Feb 28, 2019

Page 1 of 2

8823    TRN    6480 S    Y    ST01

P.O. Box 1800
Saint Paul, Minnesota  55101-0800

000188621 01  SP    106481931033649 S
FRIENDLY VILLAGE MHP ASSOCIATES LP
R & K INTERESTS INC
DBA INVESTORS PROPERTY SERVICES AS AGENT
OPERATING TRUST ACCOUNT
26020 ACERO STE 200
MISSION VIEJO CA  92691-6722

☎                         *To Contact U.S. Bank*

*Commercial Customer
Service:*                          1-800-400-4886

*U.S. Bank accepts Relay Calls*

*Internet:*                              usbank.com

## ANALYZED CHECKING                                               *Member FDIC*

U.S. Bank National Association                          Account Number 1●●●●●●-7740

## Account Summary

|  | # Items |  |  |
|---|---|---|---|
| Beginning Balance on Feb 1 |  | $ | 189,441.41 |
| Other Deposits | 11 |  | 240,405.18 |
| Other Withdrawals | 1 |  | 1,380.10- |
| Checks Paid | 1 |  | 407,714.32- |
| **Ending Balance on  Feb 28, 2019** |  | $ | **20,752.17** |

## Other Deposits

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Feb  1 | Electronic Deposit | From Friendly Village | | $          14,736.46 |
|  | REF=190320048420660N00 | 9000456377Settlement000005364740873 | | |
| Feb  5 | Electronic Deposit | From Friendly Village | | 63,798.39 |
|  | REF=190360087025720N00 | 9000456377Settlement000005408347561 | | |
| Feb  8 | Electronic Deposit | From Friendly Village | | 30,658.72 |
|  | REF=190390052974100N00 | 9000456377Settlement000005432207805 | | |
| Feb  8 | Electronic Deposit | From Friendly Village | | 43,861.04 |
|  | REF=190390052974090N00 | 9000456377Settlement000005431918217 | | |
| Feb  8 | Electronic Deposit | From Friendly Village | | 69,218.30 |
|  | REF=190390052974080N00 | 9000456377Settlement000005431514245 | | |
| Feb 11 | Electronic Deposit | From Friendly Village | | 3,134.30 |
|  | REF=190420036348540N00 | 9000456377Settlement000005437461633 | | |
| Feb 12 | Electronic Deposit | From Friendly Village | | 6,891.39 |
|  | REF=190430046317850N00 | 9000456377Settlement000005445034181 | | |
| Feb 13 | Electronic Deposit | From Friendly Village | | 1,371.10 |
|  | REF=190440021198660N00 | 9000456377Settlement000005453165321 | | |
| Feb 13 | Electronic Deposit | From Friendly Village | | 2,606.61 |
|  | REF=190440021198650N00 | 9000456377Settlement000005451187317 | | |
| Feb 20 | Electronic Deposit | From Friendly Village | | 1,253.85 |
|  | REF=190510063382430N00 | 9000456377Settlement000005471639945 | | |
| Feb 21 | Electronic Deposit | From Friendly Village | | 2,875.02 |
|  | REF=190520074845540N00 | 9000456377Settlement000005482758917 | | |
|  |  | **Total Other Deposits** | $ | **240,405.18** |

## Other Withdrawals

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Feb 15 | Electronic Withdrawal | From Friendly Village | | $            1,380.10- |
|  | REF=190460110513160N00 | 9000456377Return    000005459681117 | | |
|  |  | **Total Other Withdrawals** | $ | **1,380.10-** |

## Checks Presented Conventionally

| Check | Date | Ref Number | Amount |
|---|---|---|---|
| 1003 | Feb 14 | 8953595956 | 407,714.32 |
|  |  | **Conventional Checks Paid (1)** | $          **407,714.32-** |



## BALANCE YOUR ACCOUNT

To assist you in balancing your account, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement.     $_____

4. Enter the total deposits recorded in the Outstanding Deposits section.     $_____

5. Total lines 3 and 4.     $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section.     $_____

7. Subtract line 6 from line 5. This is your balance.     $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

## IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS

**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

*Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE

***What To Do If You Think You Find A Mistake on Your Statement***

If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:

- *Account information:* Your name and account number.
- *Dollar Amount:* The dollar amount of the suspected error.
- *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## CONSUMER REPORT DISPUTES

We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.



EQUAL HOUSING
**LENDER**

Member FDIC



FRIENDLY VILLAGE MHP ASSOCIATES LP
C & K INTERESTS INC
DBA INVESTORS PROPERTY SERVICES AS AGENT
OPERATING TRUST ACCOUNT
26020 ACERO STE 200
MISSION VIEJO CA  92691-6722



**Business Statement**

Account Number:

◼◼◼◼◼◼7740

Statement Period:
Feb 1, 2019
through
Feb 28, 2019

Page 2 of 2



---

## ANALYZED CHECKING                                      (CONTINUED)
U.S. Bank National Association                    **Account Number 1-575-2108-7740**

## Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|----------------|------|----------------|------|----------------|
| Feb  1 | 204,177.87 | Feb 12 | 421,740.01 | Feb 15 | 16,623.30 |
| Feb  5 | 267,976.26 | Feb 13 | 425,717.72 | Feb 20 | 17,877.15 |
| Feb  8 | 411,714.32 | Feb 14 | 18,003.40 | Feb 21 | 20,752.17 |
| Feb 11 | 414,848.62 | | | | |

Balances only appear for days reflecting change.

---

This page intentionally left blank

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled (specify): **CHAPTER 7 TRUSTEE'S MONTHLY OPERATNG
REPORT** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d);
and (b) in the manner stated below:

1.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**  Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On  **March
13, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the
following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

          ☒  Service information continued on attached page

2.  **SERVED BY UNITED STATES MAIL:**
On  **March 13, 2019**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or
adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class,
postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will
be completed no later than 24 hours after the document is filed.

**DEBTOR**
FRIENDLY VILLAGE MHP ASSOCIATES LP
320 NORTH PARK VISTA STREET
ATTENTION : OFFICE
ANAHEIM, CA 92806-3722

          ☐  Service information continued on attached page

3.  **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on  **March 13, 2019**, I served the
following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration
that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is
filed.

**COURTESY COPIES VIA EMAIL**
Robert Warren - Investors' Property Services - Robert.warren@investorshq.com
Karl T. Anderson CPA, Inc. - ktacpa@msn.com
Adam Meislik – Force 10 Partners – ameislik@force10partners.com

          ☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 13, 2019 | Pamela Kraus | /s/  Pamela Kraus |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): continued:**

- Howard Camhi    hcamhi@ecjlaw.com, tcastelli@ecjlaw.com;amatsuoka@ecjlaw.com
- Ben G Gage    bgage@cookseylaw.com, sith@ecf.courtdrive.com
- D Edward Hays    ehays@marshackhays.com, 8649808420@filings.docketbird.com
- Jeffrey S Kaufman    JSKaufman@wolfewyman.com, hlforeman@wolfewyman.com,kabeall@wolfewyman.com
- Paul J Laurin    plaurin@btlaw.com, slmoore@btlaw.com;jboustani@btlaw.com
- Richard A Marshack (TR)    pkraus@marshackhays.com, rmarshack@iq7technology.com
- Kristine A Thagard    kthagard@marshackhays.com, 8649808420@filings.docketbird.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- David Wood    dwood@marshackhays.com, 8649808420@filings.docketbird.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**