**UNITED STATES DEPARTMENT OF JUSTICE**

**OFFICE OF THE UNITED STATES TRUSTEE**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re: FRIENDLY VILLAGE MHP, ASSOCIATES, L.P., <br><br> Debtor(s). | Case No. 8:18-bk-13638-ES <br><br> CHAPTER 7 <br> Trustee: Richard Marshack <br> Operating Report Number: 7 <br> For the Month Ending: 4/30/19 <br> District Office: Santa Ana |

**CHAPTER 7 TRUSTEE MONTHLY OPERATING REPORT**

**PURSUANT TO 11 U.S.C. § 704(a)(8)**

1.        Date of Order(s) to Operate                                    Duration

11/26/18                                                        Through 6/28/19

2.    Current Bond Amount:

blanket bond - $15,700,000

3.    Nature of Business and reason for operation:

Collecting rents from 182-unit, 18-acre, mobile home park in Long Beach

4.    Current efforts to market estate property subject to operation (if applicable):

Trustee must continue operating the mobile home park pending a determination regarding whether the Property can be sold as a going-concern. The Trustee has already met with multiple potential buyers for the Property.

5.    Estimated length of operation:

Through 6/28/19

6.    Do revenues exceed expenses during the reporting period *(including projected Chapter 7 administrative expenses?)*        YES    [X]        NO    [ ]

If no, provide explanation as to why business/property is being operated:

7.   Is insurance adequate, current and cover the loss of all assets?  YES ☑ NO ☐ N/A ☐

| Type of Coverage | Carrier/Agent | Amount of Coverage | Policy Expiration Date | Amount and Date of Last Premium |
|---|---|---|---|---|
| Environmental | Aspen | $10,000,000 | 02/04/2024 | paid in full pre-petition |
| Comm Property | Axis | $50,000,000 | 06/30/2019 | paid in full pre-petition |
| | | | | |

8.   Other significant activities affecting operation:

9.   **Summary of Current Financial Conditions**

**Previous** cash balance on all accounts:  $541,494.79

**Current** cash balance on all accounts at end period:  $525,126.60

| Type of Account | Depository | Ending Balance | Monthly Disbursement |
|---|---|---|---|
| Checking 5961 | Texas Capital Bank | 27,415.88 | 136,275.27 |
| Operating 5979 | Texas Capital Bank | 486,487.72 | 111,133.33 |
| Rent Deposit 7740 | US Bank | 11,223.00 | 0.00 |
| | | | |
| | | | |

10.   **Receipts and Disbursements**

Total receipts during current period:  $231,040.41

Source of receipts:  Rents

2

11. **Specific Disbursements Relating to Operation for Current Period:**

| Date | Check Number | Payee | Purpose | Amount |
|------|-------------|-------|---------|--------|
| see attached | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

12. Are tax obligations current?    YES ☐    NO ☐

   If no, provide an explanation as to which tax obligations are not current and why.

   Unknown at this time

13. Did the estate employ any employees during the reporting period?  YES ☐  NO ☒
   *If yes, state the number of employees and specify whether the estate is current on payroll obligations.  If the estate is NOT current on its payroll obligations, provide an explanation.*

14. Additional Information attached in support of report?    YES ☒    NO ☐

I,  Richard Marshack    , declare under penalty of perjury that I have fully read and understand the foregoing Chapter 7 Monthly Operating Report and that the information contained here is true and complete to the best of my knowledge.

DATED:  5/7/19

/s/ Richard A. Marshack

Page 1

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No:** 18-13638 | **Trustee Name:** Richard A. Marshack (TR) |
| **Case Name:** Friendly Village MHP Associates LP | **Bank Name:** Texas Capital Bank |
| | **Account Number/CD#:** ******5961 Checking Account |
| **Taxpayer ID No:** **-***0971 | **Blanket bond (per case limit):** 5,000,000.00 |
| **For Period Ending:** 4/30/2019 | **Separate bond (if applicable):** 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| | | | Balance Forward | | | | 36,691.15 |
| 04/01/2019 | | Friendly Village MHP Associates LP | From #####5979 To #####5961 transfer | 9999-000 | 127,000.00 | | 163,691.15 |
| 04/01/2019 | 51008 | Marshack Hays LLP 870 Roosevelt Irvine ,CA 92620 | Fee Statement #2 75%; thru 2/28/19' per order 12/3/18 | 3110-000 | | 123,638.63 | 40,052.52 |
| 04/01/2019 | 51009 | Marshack Hays LLP 870 Roosevelt Irvine ,CA 92620 | Fee Statement #2 thru 2/28/19 per order 12/3/18 | 3120-000 | | 2,636.64 | 37,415.88 |
| 04/03/2019 | 51010 | Force 10 Partners 20341 SW Birch Street, Suite 220 Newport Beach,CA 92660 | Reimburse payment to Geosyntec per order 4/3/19 | 3732-000 | | 10,000.00 | 27,415.88 |

|  | Page Subtotals | 127,000.00 | 136,275.27 |
|---|---|---|---|
| **COLUMN TOTALS** | | 671,190.18 | 643,774.30 |
| Less: Bank Transfer/CD's | | 337,000.00 | 260,000.00 |
| **SUBTOTALS** | | 334,190.18 | 383,774.30 |
| Less: Payments to Debtors | | | 0.00 |
| **Net** | | 334,190.18 | 383,774.30 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No:** 18-13638 | | | | **Trustee Name:** Richard A. Marshack (TR) | | |
| **Case Name:** Friendly Village MHP Associates LP | | | | **Bank Name:** Texas Capital Bank | | |
| | | | | **Account Number/CD#:** ******5979 Operating Account | | |
| **Taxpayer ID No:** **-***0971 | | | | **Blanket bond (per case limit):** 5,000,000.00 | | |
| **For Period Ending:** 4/30/2019 | | | | **Separate bond (if applicable):** 0.00 | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| | | | Balance Forward | | | | 469,621.05 |
| 04/01/2019 | | Friendly Village MHP Associates LP | From #####5979 To ####5961 transfer | 9999-000 | | 127,000.00 | 342,621.05 |
| 04/05/2019 | 52148 | Best Pool Service 1612 S. Lyon St Santa Ana,CA 92705 | October/November invoices 10011784, 10012008 | 2690-000 | | 895.75 | 341,725.30 |
| 04/05/2019 | 52149 | City of Long Beach Utility Customer Service 333 West Ocean Blvd Long Beach,CA 90802-4664 | Account # 4436497548; Water/Gas/Sewer LP Friendly Village MHP Associates, 5400 Paramount Blvd 2/27/19 to 3/28/19 | 2690-000 | | 24,063.51 | 317,661.79 |
| 04/05/2019 | 52150 | 5 Star Sweeping 2950 Saturn St, Suite K Brea,CA 92821 | Invoice 14455 April 2019 | 2690-000 | | 390.00 | 317,271.79 |
| 04/05/2019 | 52151 | Northstar Environmental Remediation KRT Mgt/Northstar 26225 Enterprise Court Lake Forest ,CA 92630 | Invoice 5801; Project 201-069-03 | 2690-000 | | 14,389.49 | 302,882.30 |
| 04/05/2019 | 52152 | Aptexx Inc 11121 Kingston Pike, Suite E Knoxville,TN 37934 | Invoice 25938 - tenant NSF fees Resident Anywhere services | 2690-000 | | 50.00 | 302,832.30 |
| 04/05/2019 | 52153 | LA Pool Guys PO Box 50224 Long Beach,CA 90815 | Invoice 1516 Pool service 3/1/19 | 2690-000 | | 450.00 | 302,382.30 |
| 04/05/2019 | 52154 | LA Pool Guys PO Box 50224 Long Beach,CA 90815 | Invoice 1749 Pool service 4/1/19 | 2690-000 | | 450.00 | 301,932.30 |
| 04/05/2019 | 52155 | Charter Communications PO Box 60229 Los Angeles,CA 90060-0229 | Spectrum Business; Acct 8245-10-040-7103288 3/30-4/29/10 | 2690-000 | | 138.85 | 301,793.45 |
| 04/05/2019 | 52156 | Investors' Property Services 26020 Acero, Ste 200 Mission Viejo,CA 92691 | Invoice 5635 Unit #18 maintenance | 3992-470 | | 145.00 | 301,648.45 |
| 04/05/2019 | 52157 | Investors' Property Services 26020 Acero, Ste 200 Mission Viejo,CA 92691 | Management fee; invoice 241513 January 2019 | 3991-460 | | 8,945.72 | 292,702.73 |
| | | | Page Subtotals | | 0.00 | 176,918.32 | |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No:** 18-13638 | **Trustee Name:** Richard A. Marshack (TR) | |
| **Case Name:** Friendly Village MHP Associates LP | **Bank Name:** Texas Capital Bank | |
| | **Account Number/CD#:** ******5979 Operating Account | |
| **Taxpayer ID No:** **-***0971 | **Blanket bond (per case limit):** 5,000,000.00 | |
| **For Period Ending:** 4/30/2019 | **Separate bond (if applicable):** 0.00 | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 04/05/2019 | 52158 | Investors' Property Services 26020 Acero, Ste 200 Mission Viejo,CA 92691 | Invoice 241537; Payroll 2/1 to 2/15/19 | 3992-470 | | 4,092.64 | 288,610.09 |
| 04/05/2019 | 52159 | Investors' Property Services 26020 Acero, Ste 200 Mission Viejo,CA 92691 | Invoice 241590 Title searches | 3992-470 | | 315.00 | 288,295.09 |
| 04/05/2019 | 52160 | Investors' Property Services 26020 Acero, Ste 200 Mission Viejo,CA 92691 | Invoice 241591 reimburse recliner chairs | 3992-470 | | 1,015.84 | 287,279.25 |
| 04/05/2019 | 52161 | Investors' Property Services 26020 Acero, Ste 200 Mission Viejo,CA 92691 | Invoice 241643 reimburse Charter/Spectrum 3/1 to 3/29/19 | 2690-000 | | 275.36 | 287,003.89 |
| 04/05/2019 | 52162 | Investors' Property Services 26020 Acero, Ste 200 Mission Viejo,CA 92691 | Invoice 241694; Payroll 3/1 to 3/15 | 3992-470 | | 3,966.17 | 283,037.72 |
| 04/05/2019 | 52163 | Investors' Property Services 26020 Acero, Ste 200 Mission Viejo,CA 92691 | Invoice 241712; reimburse fedex 2/7 and 2/21 | 3992-470 | | 36.76 | 283,000.96 |
| 04/05/2019 | 52164 | AT&T | Account #139906579 Internet service past due $59.25 and current $94.25 - 2/25 to 3/24/19 MAILING ADDR - PO Box 537104, Atlanta, GA 30353 | 2690-000 | | 153.50 | 282,847.46 |
| 04/10/2019 | [12] | Friendly Village MHP Operating Account | Transfer from US Bank Rent Deposit Account 7740 | 1222-000 | 255,000.00 | | 537,847.46 |
| 04/17/2019 | 52165 | Norwalk La Mirada Plumbing Heating Co., Inc. 11661 Firestone Blvd Norwalk,CA 90650 | Invoice 289242ALEX Unit #20 | 2690-000 | | 125.00 | 537,722.46 |
| 04/17/2019 | 52166 | Unified Protective Services, Inc. PO Box 1557 Hawthorne,CA 90251 | Invoice 58156, 4/1/19 March security services | 2690-000 | | 5,425.00 | 532,297.46 |
| 04/17/2019 | 52167 | Investors' Property Services 26020 Acero, Ste 200 Mission Viejo,CA 92691 | Invoice 241606; Payroll 2/16 to 2/28/19 | 3992-470 | | 3,854.77 | 528,442.69 |
| 04/17/2019 | 52168 | Investors' Property Services 26020 Acero, Ste 200 Mission Viejo,CA 92691 | Management fee; invoice 241672 February 2019 | 3991-460 | | 9,562.41 | 518,880.28 |

| | | Page Subtotals | 255,000.00 | 28,822.45 |
|---|---|---|---|---|

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 18-13638 | Trustee Name: Richard A. Marshack (TR) |
| Case Name: Friendly Village MHP Associates LP | Bank Name: Texas Capital Bank |
| | Account Number/CD#: ******5979 Operating Account |
| Taxpayer ID No: **-***0971 | Blanket bond (per case limit): 5,000,000.00 |
| For Period Ending: 4/30/2019 | Separate bond (if applicable): 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 04/19/2019 | 52169 | HCD MHP PO Box 278180 Sacramento,CA 95827-8180 | Amended PTO fee Park ID 19-1397-MP CA Housing & Community Development | 2690-000 | | 10.00 | 518,870.28 |
| 04/30/2019 | 52170 | Northstar Environmental Remediation KRT Mgt/Northstar 26225 Enterprise Court Lake Forest ,CA 92630 | Invoice 5845; Project 201-069-10 Sewer line inspections and planning for repairs at Unit 20 | 2690-000 | | 3,295.18 | 515,575.10 |
| 04/30/2019 | 52171 | Northstar Environmental Remediation KRT Mgt/Northstar 26225 Enterprise Court Lake Forest ,CA 92630 | Invoice 5846; Project 201-069-11 Sewer line repairs at Unit 20 | 2690-000 | | 8,613.66 | 506,961.44 |
| 04/30/2019 | 52172 | Northstar Environmental Remediation KRT Mgt/Northstar 26225 Enterprise Court Lake Forest ,CA 92630 | Invoice 5847; Project 201-069 Fixed gas sensor installation reports, waste profiling, and out-of-scope work | 2690-000 | | 4,761.08 | 502,200.36 |
| 04/30/2019 | 52173 | Investors' Property Services 26020 Acero, Ste 200 Mission Viejo,CA 92691 | Invoice 241781; Reimburse petty cash | 2690-000 | | 402.60 | 501,797.76 |
| 04/30/2019 | 52174 | Investors' Property Services 26020 Acero, Ste 200 Mission Viejo,CA 92691 | Invoice 241796; Payroll 4/1 to 4/15/19 | 3992-470 | | 3,996.46 | 497,801.30 |
| 04/30/2019 | 52175 | Investors' Property Services 26020 Acero, Ste 200 Mission Viejo,CA 92691 | Management fee; invoice 241830 March 2019 | 3991-460 | | 9,417.88 | 488,383.42 |
| 04/30/2019 | 52176 | Investors' Property Services 26020 Acero, Ste 200 Mission Viejo,CA 92691 | Invoices 241853, 241854, 241857; Reimburse Fedex, Home Depot, Amex | 2690-000 | | 1,895.70 | 486,487.72 |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 32,392.56 |
| COLUMN TOTALS | 1,517,714.32 | 1,031,226.60 |
| Less: Bank Transfer/CD's | 260,000.00 | 337,000.00 |
| SUBTOTALS | 1,257,714.32 | 694,226.60 |
| Less: Payments to Debtors | | 0.00 |
| Net | 1,257,714.32 | 694,226.60 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No:** 18-13638 | | | | **Trustee Name:** Richard A. Marshack (TR) | | |
| **Case Name:** Friendly Village MHP Associates LP | | | | **Bank Name:** Texas Capital Bank | | |
| | | | | **Account Number/CD#:** ******5979 Operating Account | | |
| **Taxpayer ID No:** **-***0971 | | | | **Blanket bond (per case limit):** 5,000,000.00 | | |
| **For Period Ending:** 4/30/2019 | | | | **Separate bond (if applicable):** 0.00 | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |

| | | | |
|---|---|---|---|
| | **TOTAL-ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSEMENT** | **ACCOUNT BALANCE** |

| | | | |
|---|---|---|---|
| All Accounts Gross Receipts: | 1,591,904.50 | | |
| All Accounts Gross Disbursements: | 1,078,000.90 | ******5961 Checking Account | 334,190.18 | 383,774.30 |
| All Accounts Net: | 513,903.60 | ******5979 Operating Account | 1,257,714.32 | 694,226.60 |
| | | **NetTotals** | 1,591,904.50 | 1,078,000.90 | 513,903.60 |



**Business Statement**

Account Number:

7740

Statement Period:

Apr 1, 2019
through
Apr 30, 2019

Page 1 of 2

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

8823      TRN        6480  S        Y      ST01



000044499 01 SP      000638057628365 S
FRIENDLY VILLAGE MHP ASSOCIATES LP
R & K INTERESTS INC
DBA INVESTORS PROPERTY SERVICES AS AGENT
OPERATING TRUST ACCOUNT
26020 ACERO STE 200
MISSION VIEJO CA 92691-6722

☎                          *To Contact U.S. Bank*

**Commercial Customer**
**Service:**                    1-800-400-4886

**U.S. Bank accepts Relay Calls**
**Internet:**                      usbank.com

---

# ANALYZED CHECKING                                             *Member FDIC*

U.S. Bank National Association                    Account Number        -7740

## Account Summary

|  | # Items |  |  |
|---|---|---|---|
| Beginning Balance on Apr 1 |  | $ | 35,182.59 |
| Other Deposits | 13 |  | 232,592.87 |
| Other Withdrawals | 1 |  | 1,552.46- |
| Checks Paid | 1 |  | 255,000.00- |
| **Ending Balance on Apr 30, 2019** |  | **$** | **11,223.00** |

## Other Deposits

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Apr  5 | Electronic Deposit | From Friendly Village | | $ 55,042.33 |
|  | REF=190950071100770N00 | 9000456377Settlement000005748056809 | | |
| Apr  8 | Electronic Deposit | From Friendly Village | | 31,505.77 |
|  | REF=190980055876460N00 | 9000456377Settlement000005754959313 | | |
| Apr  8 | Electronic Deposit | From Friendly Village | | 44,711.71 |
|  | REF=190980055876470N00 | 9000456377Settlement00005758006317 | | |
| Apr  9 | Electronic Deposit | From Friendly Village | | 15,155.18 |
|  | REF=190990073207770N00 | 9000456377Settlement000005766521961 | | |
| Apr 10 | Electronic Deposit | From Friendly Village | | 26,481.46 |
|  | REF=191000057176930N00 | 9000456377Settlement000005774249885 | | |
| Apr 10 | Electronic Deposit | From Friendly Village | | 51,621.28 |
|  | REF=191000057176920N00 | 9000456377Settlement000005773732909 | | |
| Apr 11 | Electronic Deposit | From Friendly Village | | 496.15 |
|  | REF=191010054286690N00 | 9000456377Settlement000005781475325 | | |
| Apr 16 | Electronic Deposit | From Friendly Village | | 1,248.77 |
|  | REF=191060047254390N00 | 9000456377Settlement000005800722701 | | |
| Apr 16 | Electronic Deposit | From Friendly Village | | 1,450.00 |
|  | REF=191060047254400N00 | 9000456377Settlement00005802392333 | | |
| Apr 17 | Electronic Deposit | From Friendly Village | | 1,577.46 |
|  | REF=191070041463860N00 | 9000456377Settlement000005806254613 | | |
| Apr 23 | Electronic Deposit | From Friendly Village | | 1,411.00 |
|  | REF=191130010794120N00 | 9000456377Settlement000005827928025 | | |
| Apr 25 | Electronic Deposit | From Friendly Village | | 1,391.76 |
|  | REF=191150088202160N00 | 9000456377Settlement000005839412941 | | |
| Apr 30 | Electronic Deposit | From Friendly Village | | 500.00 |
|  | REF=191200098882290N00 | 9000456377Settlement000005858700125 | | |
|  |  | **Total Other Deposits** | **$** | **232,592.87** |

## Other Withdrawals

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Apr 16 | Electronic Withdrawal | From Friendly Village | | $ 1,552.46- |
|  | REF=191060047253920N00 | 9000456377Return   000005798529505 | | |
|  |  | **Total Other Withdrawals** | **$** | **1,552.46-** |



## BALANCE YOUR ACCOUNT

To balance your account you should do so every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement.  $_____

4. Enter the total deposits recorded in the Outstanding Deposits section.  $_____

5. Total lines 3 and 4.  $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section.  $_____

7. Subtract line 6 from line 5. This is your balance.  $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

## IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
  *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE
***What To Do If You Think You Find A Mistake on Your Statement***
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
- ***Account information:*** Your name and account number.
- ***Dollar Amount:*** The dollar amount of the suspected error.
- ***Description of problem:*** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate.** Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The \*\*\*INTEREST CHARGE\*\*\* begins from the date of each advance.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## CONSUMER REPORT DISPUTES
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.



EQUAL HOUSING
LENDER

Member FDIC



FRIENDLY VILLAGE MHP ASSOCIATES LP
C & K INTERESTS INC.
DBA INVESTORS PROPERTY SERVICES AS AGENT
OPERATING TRUST ACCOUNT
26020 ACERO STE 200
MISSION VIEJO CA  92691-6722

**Business Statement**

Account Number:
1█████ 7740

Statement Period:
Apr 1, 2019
through
Apr 30, 2019

Page 2 of 2



---

## ANALYZED CHECKING (CONTINUED)

U.S. Bank National Association

Account Number █████8-7740

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount |
|---|---|---|---|
| 1005 | Apr 15 | 8059007458 | 255,000.00 |

| | |
|---|---|
| **Conventional Checks Paid (1)** | **$ 255,000.00-** |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Apr 5 | 90,224.92 | Apr 11 | 260,196.47 | Apr 23 | 9,331.24 |
| Apr 8 | 166,442.40 | Apr 15 | 5,196.47 | Apr 25 | 10,723.00 |
| Apr 9 | 181,597.58 | Apr 16 | 6,342.78 | Apr 30 | 11,223.00 |
| Apr 10 | 259,700.32 | Apr 17 | 7,920.24 | | |

Balances only appear for days reflecting change.


This page intentionally left blank

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled (specify): **CHAPTER 7 TRUSTEE'S MONTHLY OPERATNG REPORT** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

1.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On  **May 7, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒    Service information continued on attached page

2.  **SERVED BY UNITED STATES MAIL:**
On  **May 7, 2019**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR**
FRIENDLY VILLAGE MHP ASSOCIATES LP
320 NORTH PARK VISTA STREET
ATTENTION : OFFICE
ANAHEIM, CA 92806-3722

☐    Service information continued on attached page

3.  **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on  **May 7, 2019**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**COURTESY COPIES VIA EMAIL**
Robert Warren - Investors' Property Services - Robert.warren@investorshq.com
Karl T. Anderson CPA, Inc. - ktacpa@msn.com
Adam Meislik – Force 10 Partners – ameislik@force10partners.com

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 7, 2019 | Pamela Kraus | /s/  Pamela Kraus |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): continued:**

- Howard Camhi      hcamhi@ecjlaw.com, tcastelli@ecjlaw.com;amatsuoka@ecjlaw.com
- Ben G Gage      bgage@cookseylaw.com, sith@ecf.courtdrive.com
- D Edward Hays      ehays@marshackhays.com, 8649808420@filings.docketbird.com
- Jeffrey S Kaufman      JSKaufman@wolfewyman.com, hlforeman@wolfewyman.com,kabeall@wolfewyman.com
- Paul J Laurin      plaurin@btlaw.com, slmoore@btlaw.com;jboustani@btlaw.com
- Richard A Marshack (TR)      pkraus@marshackhays.com, rmarshack@iq7technology.com
- Kristine A Thagard      kthagard@marshackhays.com, 8649808420@filings.docketbird.com
- United States Trustee (SA)      ustpregion16.sa.ecf@usdoj.gov
- David Wood      dwood@marshackhays.com, 8649808420@filings.docketbird.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**