## UNITED STATES DEPARTMENT OF JUSTICE

## OFFICE OF THE UNITED STATES TRUSTEE

## CENTRAL DISTRICT OF CALIFORNIA

In re:    FRIENDLY VILLAGE MHP,
ASSOCIATES, L.P.,

Debtor(s).

Case No. 8:18-bk-13638-ES

CHAPTER 7
Trustee: Richard Marshack
Operating Report Number: 9
For the Month Ending: 6/30/19
District Office: Santa Ana

## CHAPTER 7 TRUSTEE MONTHLY OPERATING REPORT
## PURSUANT TO 11 U.S.C. § 704(a)(8)

1.    Date of Order(s) to Operate                     Duration

11/26/18; 6/27/19                                   Through 11/26/19

2.    Current Bond Amount:

blanket bond - $15,700,000

3.    Nature of Business and reason for operation:

Collecting rents from 182-unit, 18-acre, mobile home park in Long Beach

4.    Current efforts to market estate property subject to operation (if applicable):

Trustee must continue operating the mobile home park pending a determination regarding whether the Property can be sold as a going-concern. The Trustee has already met with multiple potential buyers for the Property.

5.    Estimated length of operation:

Through 11/26/19

6.    Do revenues exceed expenses during the reporting period *(including projected Chapter 7 administrative expenses?)*    YES  [X]    NO  [ ]

If no, provide explanation as to why business/property is being operated:

7.    Is insurance adequate, current and cover the loss of all assets?  YES ☑ NO ☐ N/A ☐

| Type of Coverage | Carrier/Agent | Amount of Coverage | Policy Expiration Date | Amount and Date of Last Premium |
|---|---|---|---|---|
| Environmental | Aspen | $10,000,000 | 02/04/2024 | paid in full pre-petition |
| Comm Property | Axis | $50,000,000 | 06/30/2019 | paid in full pre-petition |
| | | | | |

8.    Other significant activities affecting operation:

9.    **Summary of Current Financial Conditions**

**Previous** cash balance on all accounts:    $696,931.39

**Current** cash balance on all accounts at end period:    $613,040.96

| Type of Account | Depository | Ending Balance | Monthly Disbursement |
|---|---|---|---|
| Checking 5961 | Texas Capital Bank | 32,338.93 | 0.00 |
| Operating 5979 | Texas Capital Bank | 562,701.04 | 312,720.54 |
| Rent Deposit 7740 | US Bank | 18,000.99 | 0.00 |
| | | | |
| | | | |

10.    **Receipts and Disbursements**

Total receipts during current period:    $228,830.11

Source of receipts:    Rents

2

11. **Specific Disbursements Relating to Operation for Current Period:**

| Date | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| see attached | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

12. Are tax obligations current?    YES ☐    NO ☐

   If no, provide an explanation as to which tax obligations are not current and why.

   Unknown at this time

13. Did the estate employ any employees during the reporting period?  YES ☐  NO ☒
   *If yes, state the number of employees and specify whether the estate is current on payroll obligations.  If the estate is NOT current on its payroll obligations, provide an explanation.*

14. Additional Information attached in support of report?    YES ☒    NO ☐

I,  Richard Marshack    , declare under penalty of perjury that I have fully read and understand the foregoing Chapter 7 Monthly Operating Report and that the information contained here is true and complete to the best of my knowledge.

DATED:  7/11/19                    /s/ Richard A. Marshack

3

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No:** 18-13638 | **Trustee Name:** Richard A. Marshack (TR) | |
| **Case Name:** Friendly Village MHP Associates LP | **Bank Name:** Texas Capital Bank | |
| | **Account Number/CD#:** ******5961 Checking Account | |
| **Taxpayer ID No:** **-***0971 | **Blanket bond (per case limit):** 5,000,000.00 | |
| **For Period Ending:** 6/30/2019 | **Separate bond (if applicable):** 0.00 | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| | | | Balance Forward | | | | 27,415.88 |
| 06/17/2019 | [14] | Friendly Village MHP | Turnover funds on hand in Union Bank acct 2208 (per email Jim Davis at Sierra) | 1229-000 | 4,923.05 | | 32,338.93 |

|  | | |
|---|---|---|
| Page Subtotals | 4,923.05 | 0.00 |
| **COLUMN TOTALS** | 676,113.23 | 643,774.30 |
| Less: Bank Transfer/CD's | 337,000.00 | 260,000.00 |
| **SUBTOTALS** | 339,113.23 | 383,774.30 |
| Less: Payments to Debtors | | 0.00 |
| **Net** | 339,113.23 | 383,774.30 |

Page 2

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No:    18-13638
Case Name:    Friendly Village MHP Associates LP

Trustee Name:    Richard A. Marshack (TR)
Bank Name:    Texas Capital Bank
Account Number/CD#:    ******5979 Operating Account
Blanket bond (per case limit):  5,000,000.00
Separate bond (if applicable):  0.00

Taxpayer ID No:  **-***0971
For Period Ending:  6/30/2019

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| | | | Balance Forward | | | | 650,421.58 |
| 06/03/2019 | 52207 | Los Angeles County Tax Collector PO Box 54018 Los Angeles,CA 90054-0018 | AIN 7157-006-08 2018 | 2820-000 | | 178,844.95 | 471,576.63 |
| 06/04/2019 | 52208 | California Wide Electric Service, Inc. 24594 Sunnymead Blvd, Ste Y Moreno Valley,CA 92553 | Invoice 18807A; 3/4/19 Clubhouse | 2690-000 | | 428.68 | 471,147.95 |
| 06/04/2019 | 52209 | California Wide Electric Service, Inc. 24594 Sunnymead Blvd, Ste Y Moreno Valley,CA 92553 | Invoice 18894A; 4/3/19 Lot light | 2690-000 | | 729.08 | 470,418.87 |
| 06/04/2019 | 52210 | City of Long Beach Utility Customer Service 333 West Ocean Blvd Long Beach,CA 90802-4664 | Account # 4436497548; Water/Gas/Sewer LP Friendly Village MHP Associates, 5400 Paramount Blvd 4/26/19 to 5/28/19 | 2690-000 | | 13,630.67 | 456,788.20 |
| 06/04/2019 | 52211 | 5 Star Sweeping 2950 Saturn St, Suite K Brea,CA 92821 | Invoice 14791 June 2019 | 2690-000 | | 390.00 | 456,398.20 |
| 06/04/2019 | 52212 | Norwalk La Mirada Plumbing Heating Co., Inc. 11661 Firestone Blvd Norwalk,CA 90650 | Invoice 290154ISRAE Unit #111 | 2690-000 | | 7,450.63 | 448,947.57 |
| 06/04/2019 | 52213 | Conservice PO Box 4696 Logan,UT 84323-4696 | 5/20/19 Invoice 052019-fr-046 4/1 to 6/30/19 | 2690-000 | | 1,023.83 | 447,923.74 |
| 06/04/2019 | 52214 | ResMan, LLC PO Box 4687 Logan,UT 84323 | Invoices RINV-00051054, 57043, 59943 | 2690-000 | | 11.73 | 447,912.01 |
| 06/04/2019 | 52215 | Charter Communications PO Box 60229 Los Angeles,CA 90060-0229 | Spectrum Business; Acct 8245-10-040-7103288 5/30 to 6/29/19 | 2690-000 | | 138.85 | 447,773.16 |
| 06/04/2019 | 52216 | Tomas Alvarez 20813 Margaret St Carson,CA 90745 | Invoice 22934; landscape maintenance and clean-up 5/31/19 | 2690-000 | | 1,600.00 | 446,173.16 |

Page Subtotals                    0.00          204,248.42

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 18-13638 | Trustee Name: | Richard A. Marshack (TR) |
|---|---|---|---|
| Case Name: | Friendly Village MHP Associates LP | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******5979 Operating Account |
| Taxpayer ID No: | **-***0971 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 6/30/2019 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 06/04/2019 | 52217 | Investors' Property Services 26020 Acero, Ste 200 Mission Viejo,CA 92691 | Invoice 241960; Reimburse AMEX | 2690-000 | | 1,660.88 | 444,512.28 |
| 06/04/2019 | 52218 | Investors' Property Services 26020 Acero, Ste 200 Mission Viejo,CA 92691 | Invoice 241978; Payroll 5/1 to 5/15 | 3992-470 | | 4,416.88 | 440,095.40 |
| 06/04/2019 | 52219 | Investors' Property Services 26020 Acero, Ste 200 Mission Viejo,CA 92691 | Invoice 242030; Reimburse Fedex | 3992-470 | | 37.50 | 440,057.90 |
| 06/04/2019 | 52220 | Investors' Property Services 26020 Acero, Ste 200 Mission Viejo,CA 92691 | Invoice 242033; Reimburse Home Depot | 2690-000 | | 264.32 | 439,793.58 |
| 06/04/2019 | 52221 | Investors' Property Services 26020 Acero, Ste 200 Mission Viejo,CA 92691 | Invoice 242037; Reimburse Fedex | 3992-470 | | 93.42 | 439,700.16 |
| 06/04/2019 | 52222 | Investors' Property Services 26020 Acero, Ste 200 Mission Viejo,CA 92691 | Invoice 242039; Reimburse Home Depot | 2690-000 | | 29.69 | 439,670.47 |
| 06/05/2019 | 52223 | Conservice PO Box 4696 Logan,UT 84323-4696 | 4/20/19 Invoice 042019-fr-046 2/27 to 5/31/19 | 2690-000 | | 1,026.83 | 438,643.64 |
| 06/10/2019 | 52224 | Juniors Carpet Cleaning 8480 Wells Road Westminster,CA 92683 | Invoice 19-0374 waste disposal | 2690-000 | | 650.00 | 437,993.64 |
| 06/11/2019 | 52225 | Northstar Environmental Remediation KRT Mgt/Northstar 26225 Enterprise Court Lake Forest ,CA 92630 | Invoice 5883; Project 201-069 progress billing | 2690-000 | | 12,344.26 | 425,649.38 |
| 06/12/2019 | [12] | Friendly Village MHP Operating Account | Transfer from US Bank Rent Deposit Account 7740 | 1222-000 | 225,000.00 | | 650,649.38 |
| 06/12/2019 | 52226 | Franchise Tax Board PO Box 942857 Sacramento,CA 94257-0531 | 2018 FTB 3587 32-0430971 | 2820-000 | | 800.00 | 649,849.38 |
| 06/19/2019 | 52227 | 5 Star Sweeping 2950 Saturn St, Suite K Brea,CA 92821 | Invoice 14631 May 2019 | 2690-000 | | 390.00 | 649,459.38 |

Page Subtotals          225,000.00          21,713.78

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | 18-13638 | | | Trustee Name: | Richard A. Marshack (TR) | |
| Case Name: | Friendly Village MHP Associates LP | | | Bank Name: | Texas Capital Bank | |
| | | | | Account Number/CD#: | ******5979 Operating Account | |
| Taxpayer ID No: | **-***0971 | | | Blanket bond (per case limit): | 5,000,000.00 | |
| For Period Ending: | 6/30/2019 | | | Separate bond (if applicable): | 0.00 | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| 06/19/2019 | 52228 | American Technologies, Inc. 3360 E La Palma Ave Anaheim,CA 92806 | Customer ID 093160 Invoice B9D1108707-001 Asbestos abatement Sp 143 | 2690-000 | | 12,650.00 | 636,809.38 |
| 06/19/2019 | 52229 | Conservice PO Box 4696 Logan,UT 84323-4696 | Invoice 032019-fr-046 1/29 to 4/30/19 | 2690-000 | | 1,010.76 | 635,798.62 |
| 06/19/2019 | 52230 | Southern California Edison PO Box 600 Rosemead,CA 91771-0001 | Customer Account #2-36-329-6179 Service Account 3-041-5747-61; 5400 N Paramount 5/17/19 to 6/18/19 | 2690-000 | | 11,186.54 | 624,612.08 |
| 06/19/2019 | 52231 | LA Pool Guys PO Box 50224 Long Beach,CA 90815 | Invoice 2422 Pool service filter cleaning 6/15/19 | 2690-000 | | 125.00 | 624,487.08 |
| 06/19/2019 | 52232 | LA Pool Guys PO Box 50224 Long Beach,CA 90815 | Invoice 2260 Pool service 6/1/19 | 2690-000 | | 450.00 | 624,037.08 |
| 06/19/2019 | 52233 | Unified Protective Services, Inc. PO Box 1557 Hawthorne,CA 90251 | Invoice 60223, 5/1/19 April security services | 2690-000 | | 5,250.00 | 618,787.08 |
| 06/19/2019 | 52234 | Investors' Property Services 26020 Acero, Ste 200 Mission Viejo,CA 92691 | Invoice 242112; Reimburse petty cash | 2690-000 | | 450.93 | 618,336.15 |
| 06/19/2019 | 52235 | Investors' Property Services 26020 Acero, Ste 200 Mission Viejo,CA 92691 | Invoice 242058; Payroll 5/15 to 5/31/19 | 3992-470 | | 4,461.55 | 613,874.60 |
| 06/25/2019 | 52236 | Northstar Environmental Remediation KRT Mgt/Northstar 26225 Enterprise Court Lake Forest ,CA 92630 | Invoice 5891; Project 201-069 progress billing | 2690-000 | | 20,863.60 | 593,011.00 |
| 06/25/2019 | 52237 | Northstar Environmental Remediation KRT Mgt/Northstar 26225 Enterprise Court Lake Forest ,CA 92630 | Invoice 5892; Project 201-069-04 methane monitoring | 2690-000 | | 14,684.88 | 578,326.12 |

Page Subtotals                0.00        71,133.26

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 18-13638 | Trustee Name: | Richard A. Marshack (TR) |
| Case Name: | Friendly Village MHP Associates LP | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******5979 Operating Account |
| Taxpayer ID No: | **-***0971 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 6/30/2019 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 06/25/2019 | 52238 | Northstar Environmental Remediation KRT Mgt/Northstar 26225 Enterprise Court Lake Forest ,CA 92630 | Invoice 5893; Project 201-069-06 well monitoring | 2690-000 | | 10,711.16 | 567,614.96 |
| 06/25/2019 | 52239 | Northstar Environmental Remediation KRT Mgt/Northstar 26225 Enterprise Court Lake Forest ,CA 92630 | Invoice 5894; Project 201-069 | 2690-000 | | 4,913.92 | 562,701.04 |

| | | Page Subtotals | 0.00 | 15,625.08 |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | 1,967,714.32 | 1,405,013.28 | |
| Less: Bank Transfer/CD's | 260,000.00 | 337,000.00 | |
| **SUBTOTALS** | 1,707,714.32 | 1,068,013.28 | |
| Less: Payments to Debtors | | 0.00 | |
| **Net** | 1,707,714.32 | 1,068,013.28 | |

| TOTAL-ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENT | ACCOUNT BALANCE |
|---|---|---|---|
| | | | |
| All Accounts Gross Receipts: 2,046,827.55 | ******5961 Checking Account | 339,113.23 | 383,774.30 | |
| All Accounts Gross Disbursements: 1,451,787.58 | ******5979 Operating Account | 1,707,714.32 | 1,068,013.28 | |
| All Accounts Net: 595,039.97 | **NetTotals** | 2,046,827.55 | 1,451,787.58 | 595,039.97 |



**US bank**

**Business Statement**

Case 8.18-bk-13638-ES    Doc 202    Filed 07/11/19    Entered 07/11/19 15:48:32    Desc
Main Document    Page 9 of 14

P.O. Box 1800
Saint Paul, Minnesota  55101-0800

8823     TRN        6480  S          Y        ST01

Account Number:
7740

Statement Period:
Jun 3, 2019
through
Jun 30, 2019

Page 1 of 2

000136550 01  SP        000638122811774 S
FRIENDLY VILLAGE MHP ASSOCIATES LP
R & K INTERESTS INC
DBA INVESTORS PROPERTY SERVICES AS AGENT
OPERATING TRUST ACCOUNT
26020 ACERO STE 200
MISSION VIEJO CA  92691-6722

☎                                    *To Contact U.S. Bank*

**Commercial Customer**
**Service:**                                    *1-800-400-4886*

**U.S. Bank accepts Relay Calls**

**Internet:**                                    *usbank.com*

## NEWS FOR YOU

**You can see a new real-time credit to your account after April 14**
As of April 14, your account can receive RTP credits. An RTP credit is a deposit to your account and will appear in your reporting
as "Real Time Payment from SENDER NAME." Funds can arrive 24/7 and are immediately available in your account. To learn
more about this new type of payment, including the new BAI codes, contact your Commercial Customer Service team (see
Customer Service in SinglePoint left-hand navigation) or talk to your Treasury Management consultant.

## INFORMATION YOU SHOULD KNOW

New Terms and Conditions will be effective for U.S. Bank business clients on July 31, 2019. You can obtain a copy at
usbank.com/tmtermsandconditions. If you are unable to access this information for any reason, please reach out to your U.S.
Bank contact or Commercial Customer Service team for assistance.

## ANALYZED CHECKING                                    *Member FDIC*
U.S. Bank National Association                            Account Number     -7740

### Account Summary

|  | # Items |  |  |
|---|---|---|---|
| Beginning Balance on Jun 3 |  | $ | 19,093.93 |
| Other Deposits | 13 |  | 223,907.06 |
| Checks Paid | 1 |  | 225,000.00- |
| **Ending Balance on  Jun 30, 2019** |  | **$** | **18,000.99** |

### Other Deposits

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Jun  4 | Electronic Deposit<br>REF=191550041465330N00 | From Friendly Village<br>9000456377Settlement000006078856525 | $ | 29,422.47 |
| Jun  5 | Electronic Deposit<br>REF=191560036142790N00 | From Friendly Village<br>9000456377Settlement000006091710081 | | 26,110.65 |
| Jun  5 | Electronic Deposit<br>REF=191560036142800N00 | From Friendly Village<br>9000456377Settlement000006091777581 | | 41,962.32 |
| Jun  6 | Electronic Deposit<br>REF=191570037655450N00 | From Friendly Village<br>9000456377Settlement000006101476789 | | 11,946.12 |
| Jun  7 | Electronic Deposit<br>REF=191580015367450N00 | From Friendly Village<br>9000456377Settlement000006112363489 | | 41,831.55 |
| Jun 10 | Electronic Deposit<br>REF=191610096164030N00 | From Friendly Village<br>9000456377Settlement000006119841201 | | 22,607.14 |
| Jun 10 | Electronic Deposit<br>REF=191610096164020N00 | From Friendly Village<br>9000456377Settlement000006117627977 | | 42,096.23 |
| Jun 11 | Electronic Deposit<br>REF=191620002135690N00 | From Friendly Village<br>9000456377Settlement000006128093573 | | 3,087.74 |
| Jun 13 | Electronic Deposit<br>REF=191640075263850N00 | From Friendly Village<br>9000456377Settlement000006140535813 | | 1,278.69 |
| Jun 21 | Electronic Deposit<br>REF=191720007449730N00 | From Friendly Village<br>9000456377Settlement000006175605605 | | 330.91 |
| Jun 24 | Electronic Deposit<br>REF=191750096105990N00 | From Friendly Village<br>9000456377Settlement000006182928985 | | 1,460.00 |



## BALANCE YOUR ACCOUNT

To assist in balancing your account, this form is provided. Please see the back of this page at the end of every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement.  $_____

4. Enter the total deposits recorded in the Outstanding Deposits section.  $_____

5. Total lines 3 and 4.  $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section.  $_____

7. Subtract line 6 from line 5. This is your balance.  $_____

8. Enter in your register and subtract from your statement balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

## IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS

**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

 *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE

*What To Do If You Think You Find A Mistake on Your Statement*

If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.

In your letter, give us the following information:

- *Account information:* Your name and account number.
- *Dollar Amount:* The dollar amount of the suspected error.
- *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## CONSUMER REPORT DISPUTES

We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.



EQUAL HOUSING
LENDER

Member FDIC



| | FRIENDLY VILLAGE MHP ASSOCIATES LP | | **Business Statement** |
|---|---|---|---|
| | C & K INTERESTS INC | | |
| | DBA INVESTORS PROPERTY SERVICES AS AGENT | | Account Number: |
| | OPERATING TRUST ACCOUNT | | ▆▆▆ 7740 |
| | 26020 ACERO STE 200 | | |
| | MISSION VIEJO CA  92691-6722 | | Statement Period: |
| | | | Jun 3, 2019 |
| | | | through |
| | | | Jun 30, 2019 |



Page 2 of 2

# ANALYZED CHECKING                                                  (CONTINUED)
U.S. Bank National Association                          **Account Number 1-575-2108-7740**

## Other Deposits (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Jun 27 | Electronic Deposit | From Friendly Village | | 255.70 |
| | REF=191780004559490N00 | 9000456377Settlement000006200706237 | | |
| Jun 27 | Electronic Deposit | From Friendly Village | | 1,517.54 |
| | REF=191780004559480N00 | 9000456377Settlement000006200555881 | | |
| | | **Total Other Deposits** | $ | **223,907.06** |

## Checks Presented Conventionally

| Check | Date | Ref Number | Amount |
|---|---|---|---|
| 1007 | Jun 12 | 8655446058 | 225,000.00 |
| | | **Conventional Checks Paid (1)** | $  **225,000.00-** |

## Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Jun 4 | 48,516.40 | Jun 10 | 235,070.41 | Jun 21 | 14,767.75 |
| Jun 5 | 116,589.37 | Jun 11 | 238,158.15 | Jun 24 | 16,227.75 |
| Jun 6 | 128,535.49 | Jun 12 | 13,158.15 | Jun 27 | 18,000.99 |
| Jun 7 | 170,367.04 | Jun 13 | 14,436.84 | | |

Balances only appear for days reflecting change.


This page intentionally left blank

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled (specify): **CHAPTER 7 TRUSTEE'S MONTHLY OPERATNG REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On  **July 11, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒    Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL:**
On  **July 11, 2019**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR**
FRIENDLY VILLAGE MHP ASSOCIATES LP
320 NORTH PARK VISTA STREET
ATTENTION : OFFICE
ANAHEIM, CA 92806-3722

☐    Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on  **July 11, 2019**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**COURTESY COPIES VIA EMAIL**
Robert Warren - Investors' Property Services - Robert.warren@investorshq.com
Karl T. Anderson CPA, Inc. - ktacpa@msn.com
Adam Meislik – Force 10 Partners – ameislik@force10partners.com

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 11, 2019 | Pamela Kraus | /s/  Pamela Kraus |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): continued:**

- Howard Camhi    hcamhi@ecjlaw.com, tcastelli@ecjlaw.com;amatsuoka@ecjlaw.com
- Ben G Gage    bgage@cookseylaw.com, sith@ecf.courtdrive.com
- D Edward Hays    ehays@marshackhays.com, 8649808420@filings.docketbird.com
- Jeffrey S Kaufman    JSKaufman@wolfewyman.com, hlforeman@wolfewyman.com,kabeall@wolfewyman.com
- Paul J Laurin    plaurin@btlaw.com, slmoore@btlaw.com;jboustani@btlaw.com
- Tinho Mang    tmang@marshackhays.com, 8444806420@filings.docketbird.com
- Richard A Marshack (TR)    pkraus@marshackhays.com, rmarshack@iq7technology.com
- Kristine A Thagard    kthagard@marshackhays.com, 8649808420@filings.docketbird.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- David Wood    dwood@marshackhays.com, 8649808420@filings.docketbird.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**