| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| D. EDWARD HAYS, #162507<br>ehays@marshackhays.com<br>KRISTINE A. THAGARD, #094401<br>kthagard@marshackhays.com<br>MARSHACK HAYS LLP<br>870 Roosevelt<br>Irvine, California 92620<br>Telephone: (949) 333-7777<br>Facsimile: (949) 333-7778<br><br>☒ *Attorney for*: Richard A. Marshack, Trustee | **FILED & ENTERED**<br><br>JUL 29 2019<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY duarte    DEPUTY CLERK |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| In re:<br><br>FRIENDLY VILLAGE MHP, ASSOCIATES, L.P.,<br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 8:18-bk-13638-ES<br>CHAPTER: 7<br><br>**ORDER ON APPLICATION FOR PAYMENT OF:**<br>☒ **INTERIM FEES AND/OR EXPENSES (11 U.S.C. § 331)**<br>☐ **FINAL FEES AND/OR EXPENSES (11 U.S.C. § 330)**<br>Date:    July 18, 2019<br>Time:    10:30 a.m.<br>Ctrm:    5A |

1. Name of Applicant (*specify*): Barnes & Thornburg, LLP

2. This proceeding was heard at the date and place set forth above and was    ☐ Contested    ☒ Uncontested

3. Appearances were made as follows:
   a. ☒ Applicant present in court
   b. ☐ Attorney for Applicant present in court (name):
   c. ☐ Attorney for United States trustee present in court
   d. ☐ Other persons present as reflected in the court record

4. Applicant gave the required notice of the Application on (*specify date*): <u>June 27, 2019</u>

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 1    **F 2016-1.3.ORDER.PAYMENT.FEES**

5. The court orders as follows:

    a. ☒ Application for Payment of Interim Fees [Dk. No. 186] is approved as follows:
        (1) ☒ Total amount allowed: $ 272,601.50
        (2) ☐ Amount or percentage authorized for payment at this time: _____

    b. ☒ Application for Reimbursement of Interim Expenses is approved and authorized for payment:
        ☒ Total amount allowed: $ 6,321.55

    c. ☐ Application for Payment of Final Fees is approved in the amount of: $ _____

    d. ☐ Application for Reimbursement of Final Expenses is approved and authorized for payment:
        ☐ Total amount allowed: $ _____

    e. (1) ☐ Application is denied
            ☐ in full
            ☐ in part
            ☐ without prejudice
            ☐ with prejudice
       (2) Grounds for denial *(specify):*


    f. ☒ The court further orders *(specify):* Trustee is authorized to immediately pay the allowed fees and expenses from funds on hand in the Estate.


###


Date: July 29, 2019

Erithe Smith
United States Bankruptcy Judge

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 2    **F 2016-1.3.ORDER.PAYMENT.FEES**